## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### [Hartford]

| | | |
|---|---|---|
| NORTH AMERICAN SPECIALITY | : | CASE NUMBER: |
| INSURANCE COMPANY, | : | 3:03cv1965 (CFD) |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| INDEPENDENT ENERGY SERVICES, | : | |
| INC. d/b/a PETCO PLUMBING & | : | |
| HEATING, ET AL | : | JANUARY 9, 2004 |

### ANSWER, AFFIRMATIVE DEFENSES & JURY DEMAND

The defendants, Independent Energy Services, Inc. d/b/a Petco Plumbing & Heating, Richard Peterson and Violet E. Andrews f/k/a Violet Peterson ("Defendants"), hereby respond to the Complaint filed by North American Specialty Insurance Company ("NAS") as follows:

### JURISDICTION

1. Defendants have insufficient knowledge to admit or deny the allegations of paragraph 1 and leave the plaintiff to its proof.

2. Defendants have insufficient knowledge to admit or deny the allegations of

paragraph 2 and leave the plaintiff to its proof.

3. Defendants have insufficient knowledge to admit or deny the allegations of paragraph 3 and leave the plaintiff to its proof.

4. IES admits so much of paragraph 4 which alleges that it is a corporation organized and existing in the State of Connecticut and that it formerly had a place of business in Windsor, Connecticut.  The remaining allegations of paragraph 4 are denied.

5. Richard Peterson denies that his address is 35 Austin Drive, Vernon, Connecticut.  The remaining allegations of paragraph 5 are admitted.

6. Defendants admit the allegations set forth in paragraph 6.

7. Defendants have insufficient knowledge to admit or deny the allegations of paragraph 7 and leave the plaintiff to its proof.

8. Defendants have insufficient knowledge to admit or deny the allegations of paragraph 8 and leave the plaintiff to its proof.

9. Defendants admit the allegations set forth in paragraph 9.

10. Defendants admit the allegations set forth in paragraph 10.

11. Defendants admit the allegations set forth in paragraph 11.

12. Defendants have insufficient knowledge to admit or deny the allegations of

paragraph 12 and leave the plaintiff to its proof.

13. Defendants have insufficient knowledge to admit or deny the allegations of paragraph 13 and leave the plaintiff to its proof.

14. Defendants have insufficient knowledge to admit or deny the allegations of paragraph 14 and leave the plaintiff to its proof.

15. Defendants deny the allegations set forth in paragraph 15.

16. Defendants have insufficient knowledge to admit or deny the allegations of paragraph 16 and leave the plaintiff to its proof.

17. Defendants have insufficient knowledge to admit or deny the allegations of paragraph 17 and leave the plaintiff to its proof.

18. Defendants deny the allegations set forth in paragraph 18.

**COUNT ONE**  **(Specific Performance)**

1-16. Defendants incorporate by reference their foregoing responses to paragraphs 1 through 16 of this Complaint as if fully set forth herein.

17. Defendants deny the allegations set forth in paragraph 17.

18. Defendants deny the allegations set forth in paragraph 18.

19. Defendants have insufficient knowledge to admit or deny the allegations of paragraph 19 and leave the plaintiff to its proof.

20. Defendants have insufficient knowledge to admit or deny the allegations of paragraph 20 and leave the plaintiff to its proof.

21. Defendants deny the allegations set forth in paragraph 21.

**COUNT TWO**  (Breach of Contract)

1-16. Defendants incorporate by reference their foregoing responses to paragraphs 1 through 16 of this Complaint as if fully set forth herein.

17. Defendants deny the allegations set forth in paragraph 17.

18. Defendants deny the allegations set forth in paragraph 18.

19. Defendants have insufficient knowledge to admit or deny the allegations of paragraph 19 and leave the plaintiff to its proof.

20. Defendants have insufficient knowledge to admit or deny the allegations of paragraph 20 and leave the plaintiff to its proof.

**COUNT THREE**  (Quia Timet)

1-16. Defendants incorporate by reference their foregoing responses to paragraphs 1 through 16 of this Complaint as if fully set forth herein.

17. Defendants have insufficient knowledge to admit or deny the allegations of paragraph 17 and leave the plaintiff to its proof.

18. Defendants deny the allegations set forth in paragraph 18.

**AFFIRMATIVE DEFENSES APPLICABLE TO ALL COUNTS**

First Affirmative Defense

NAS deliberately and willfully failed and refused to cooperate with Defendants.

Second Affirmative Defense

NAS breached the duty of good faith and fair dealing that it owed to Defendants under the Agreement of Indemnity.

Third Affirmative Defense

NAS is estopped from asserting claims against the Defendants because of its own failure to act appropriately to support IES' claims against the owner, which would eliminate, if not reduce, any damages suffered by NAS.

Fourth Affirmative Defense

NAS has waived its claims by failing to cooperate with the Defendants in asserting claims against the owner.

Fifth Affirmative Defense

NAS failed to mitigate the damages it may have sustained.

Sixth Affirmative Defense

Any damage suffered by NAS was the result of its breach of contractual duties under the Agreement of Indemnity.

## JURY DEMAND

Defendants demand a trial by jury on all issues.

                        DEFENDANTS:
                        Independent Energy Services, Inc. d/b/a
                        Petco Plumbing & Heating, Richard
                        Peterson and Violet Peterson

By_____
        Timothy T. Corey ct00398
        Pepe & Hazard LLP
        225 Asylum Street, Goodwin Square
        Hartford, CT  06103
        Tel. No. (860) 241-2673
        Fax No. (860) 522-2796
        E-mail:  tcorey@pepehazard.com

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was faxed and mailed, this 9th day of January 2004, to all counsel and *pro se* parties of record as follows:

Peter Strniste, Esq.
Halloran & Sage, LLP
225 Asylum Street
Goodwin Square
Hartford, CT  06103

_____
Timothy T. Corey

CLERKS OFFICE
U S DISTRICT COURT
450 MAIN ST
HARTFORD CT  06103